THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL SALVADOR NEGRETE
REYES, A216-370-841,

    Petitioner

v.

WILLIAM P. BARR,
Attorney General, et al.,

    Respondents

3:20-CV-02169
(JUDGE MARIANI)

## ORDER

AND NOW, THIS __11th__ DAY OF JANUARY 2020, upon review of Magistrate Judge Saporito's Report and Recommendation ("R&R") (Doc. 10) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 10) is **ADOPTED** for the reasons set forth therein.

2. The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 is **DISMISSED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge